**No. 10-981. Navajo Nation, Petitioner v. Equal Employment Opportunity Commission, et al.**

**No. 10-986. Peabody Western Coal Company, Petitioner v. Equal Employment Opportunity Commission, et al.**

**No. 10-1080. Equal Employment Opportunity Commission, Petitioner v. Peabody Western Coal Company, et al.**

565 U.S. 814, 132 S. Ct. 91, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6753.

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same cases below, 610 F.3d 1070.

**No. 10-1026. John Motley, Warden, Petitioner v. Samuel Arthur Yenawine.**

565 U.S. 814, 132 S. Ct. 91, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6622.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 402 Fed. Appx. 997.

**No. 10-1047. Carlos E. Sala, et ux., Petitioners v. United States.**

565 U.S. 814, 132 S. Ct. 91, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6645.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 613 F.3d 1249.

**No. 10-1106. Owner-Operator Independent Drivers Association, Inc., et al., Petitioners v. Landstar System, Inc., et al.**

565 U.S. 814, 132 S. Ct. 91, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6681.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 622 F.3d 1307.

**No. 10-1113. John Fredy Ospina Hernandez and Paula Andrea Velez Yepez, Petitioners v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 814, 132 S. Ct. 92, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6781.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 404 Fed. Appx. 387.

**No. 10-1132. Arthur Weston Staples, Petitioner v. United States.**

565 U.S. 814, 132 S. Ct. 92, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6744.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.